Opinion filed May 16, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00364-CR

_____

## ENRIQUE ROBERTO VILLARREAL
## A/K/A HENRY VILLARREAL
## A/K/A HENRY ROBERT VILLARREAL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 8858-D**

## M E M O R A N D U M   O P I N I O N

Enrique Roberto Villarreal a/k/a Henry Villarreal a/k/a Henry Robert Villarreal has filed in this court a motion to withdraw his notice of appeal and dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted. Appellant's notice of appeal is withdrawn, and the appeal is dismissed.

PER CURIAM

May 16, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.